AO 247 (Rev.  11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| DAVID GUTIERREZ-CERVANTES | ) |
|  | ) |

Case No: 2:12CR20048-001

USM No: 11191-010

Date of Original Judgment: 06/11/2013

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Bruce D. Eddy

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 84 months        months **is reduced to** 70 months * (see page 2)  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 06/11/2013 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 01/09/2015

/s/P.K. Holmes,III

*Judge's signature*

Effective Date: 11/01/2015

*(if different from order date)*

Honorable P. K. Holmes, III, Chief United States District Judge

*Printed name and title*